FRANCIS J. HANLY, Respondent, *v.* EDWARD ROCHE, Appellant.

(Argued April 21, 1886; decided June 1, 1886.)

*John P. Reed, Jr.*, for appellant.

*Edward C. Ripley* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.